UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN GARRETT SMITH,

                    Plaintiff,

        v.

BRIAN WALKER, et al.,

                    Defendants.

CASE NO. C18-5211 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge (Dkt. 5), and Plaintiff John Garrett Smith's ("Smith") objections to the R&R (Dkt. 6).

On April 17, 2018, Judge Christel issued the R&R recommending that the Court deny Smith's motion to proceed *in forma pauperis* and dismiss his complaint as frivolous. Dkt. 5. On April 23, 2018, Smith filed objections arguing that Judge Christel should recuse himself. Dkt. 6. On May 17, 2018, the undersigned issued an order declining to recuse based on Smith's filing of a state court action against numerous defendants, including the undersigned and Judge Christel. Dkt. 7. On May 23, 2018, Chief Judge Martinez affirmed the undersigned's order. Dkt. 9.

The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or

1  modify the recommended disposition; receive further evidence; or return the matter to the

2  magistrate judge with instructions.  Fed. R. Civ. P. 72(b)(3).

3       In this case, Smith objections are as frivolous as his proposed complaint.

4  Regarding Smith's objections, recusal is not appropriate "where the litigant baselessly

5  sues or threatens to sue the judge."  Dkt. 9 at 2 (citing numerous cases).  Regarding the

6  merits of Smith's complaint, he is barred from filing a complaint for damages stemming

7  from an alleged wrongful conviction when the conviction has not been vacated or

8  overturned. Dkt. 5 at 2–3.  Moreover, the Court agrees with Judge Christel that this action

9  should be considered frivolous under 28 U.S.C. § 1915.  Therefore, the Court having

10 considered the R&R, Smith's objections, and the remaining record, does hereby find and

11 order as follows:

12     (1)     The R&R is **ADOPTED**;

13     (2)     Smith's motion to proceed *in forma pauperis* (Dkt. 1) is **DENIED**;

14     (3)     Smith's proposed complaint is **DISMISSED with prejudice**;

15     (4)     This action is frivolous for purposes of 28 U.S.C. § 1915; and

16     (5)     The Clerk shall enter **JUDGMENT** in favor of Defendants and close this

17              case.

18     Dated this 31st day of May, 2018.

19

20

21              BENJAMIN H. SETTLE
                United States District Judge

22

ORDER - 2